**RECEIVED**

APR 05 2022

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA

Clerk of Courts
300 Fannin St.
Shreveport, LA 71101-3083

DeMarco D. Hill
P.O. Box 70110
Shreveport, LA 71137

RE!   Demarco D Hill vs. GEICO

I have a case in court for a car wreck. My lawyer is Kervin W. Doyle. I come to jail on something and I was trying to get my court min. for my case: Demarco D. Hill vs GEICO to see what is going on with it. Think you for your time.

Respectfully,

Demarco D. Hill

Demarco D. Hill